| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: Southern District of Texas |
| Case number (if known): _____   Chapter __11__ |

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**     Viva Texas Cruises, Inc.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**     4 7 – 2 3 0 7 2 0 2

**4. Debtor's address**

**Principal place of business**

1696 FM 892
Number   Street

Bishop, TX 78343
City                              State   ZIP Code

Nueces
County

**Mailing address, if different from principal place of business**

Number   Street

P.O. Box

City                              State   ZIP Code

**Location of principal assets, if different from principal place of business**

Number   Street

City                              State   ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

---

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 1

Debtor   Viva Texas Cruises, Inc.                                                                  Case number *(if known)* _____
      Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>___ ___ ___ ___ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check **all** that apply:*<br>   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                                   MM / DD / YYYY<br>       District _____  When _____  Case number _____<br>                                                   MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes.  Debtor _____  Relationship _____<br>      District _____  When _____<br>                                                               MM / DD / YYYY<br>      Case number, if known _____ |

Debtor   Viva Texas Cruises, Inc. _____   Case number *(if known)* _____
      Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number   Street<br>_____<br>City     State     ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>   Contact name _____<br>   Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☑ 1-49   ☐ 50-99     ☐ 1,000-5,000   ☐ 5,001-10,000     ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999     ☐ 10,001-25,000     ☐ More than 100,000 |
| **15.** | **Estimated assets** | ☐ $0-$50,000     ☑ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Debtor  Viva Texas Cruises, Inc.  
      Name

Case number *(if known)* _____

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/03/2021  
              MM/ DD/ YYYY

X  /s/ Vidal Conde                                    Vidal Conde  
Signature of authorized representative of debtor        Printed name

Title      Director

**18. Signature of attorney**

X  /s/ Adelita Cavada                 Date  05/03/2021  
Signature of attorney for debtor                                          MM/ DD/ YYYY

Adelita Cavada  
Printed name

Adelita Cavada Law  
Firm name

10004 Wurzbach #159  
Number     Street

San Antonio                                   TX           78230  
City                                           State        ZIP Code

(210) 880-5299                           adelita@adelitacavadalaw.com  
Contact phone                                Email address

24084882                                          TX  
Bar number                                           State

Case 21-21128   Document 1   Filed in TXSB on 05/03/21   Page 4 of 7

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets                                                             $0.00
   b. Total debts (including debts listed in 2.c., below)                 $308,757.00
   c. Debt securities held by more than 500 holders

                                                                    Approximate number of holders:

   secured ☐   unsecured ☐   subordinated ☐
   secured ☐   unsecured ☐   subordinated ☐
   secured ☐   unsecured ☐   subordinated ☐
   secured ☐   unsecured ☐   subordinated ☐
   secured ☐   unsecured ☐   subordinated ☐

   d. Number of shares of preferred stock
   e. Number of shares common stock

   Comments, if any:

3. Brief description of debtor's business

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Great Central Mortgage Acceptance Company
507 W. Rhapsody
San Antonio, TX 78216

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Megan Collection Service, Inc.
507 West Rhapsody Dr.
San Antonio, TX 78216

National Bankruptcy Department
P.O. Box 537901
Livonia, MI 48153

Texas Comptroller of Public Accounts
Bankruptcy Division
P.O. Box 13528
Austin, TX 78711

Texas Workforce Commission
TWC Building
Austin, TX 78778

US Trustee
606 N. Carancuhua
Corpus Christi, TX 78401

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE: **Viva Texas Cruises, Inc.**  CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   05/03/2021    Signature    /s/ Vidal Conde
                                  Vidal Conde, Director